SARAH S. JOHNSON v. ST. PAUL CITY RAILWAY COMPANY.[1]

June 4, 1897.

Nos. 10,660—(243).

Appeal—Dismissal.

>    An appellate court has the inherent power to dismiss an appeal which is manifestly and palpably frivolous and without merit; but this will only be done where it is perfectly apparent, without argument, that the appeal is frivolous.

Appeal by defendant from an order of the district court for Ramsey county, O. B. Lewis, J., refusing to set aside the judgment entered for plaintiff after a verdict in his favor for $4,000, afterwards remitted, in obedience to the suggestion of the supreme court in a former appeal, 67 Minn. 260, to $2500.   Dismissed.

*Munn & Thygeson*, for appellant.
*Daniel W. Doty*, for respondent.

[1] Reported in 71 N. W. 619.

PER CURIAM. Notwithstanding decisions to the contrary, we are of the opinion that an appellate court has the inherent power to dismiss an appeal which is manifestly and palpably frivolous and without merit. This power is necessary in order to prevent the court itself from being imposed upon, and the administration of justice being trifled with and perverted for mere purposes of delay. This court has heretofore exercised this power, although very cautiously and sparingly. We will not permit such motions to be used as a short cut to a hearing on the merits. They will only be granted where it is perfectly apparent, without argument, that the appeal is frivolous. Such we think is the character of the present appeal. Judgment was entered in favor of the plaintiff for the reduced amount in exact accordance with the mandate of this court. 67 Minn. 260, 69 N. W. 900. The only point suggested as being raised by this appeal is that plaintiff's consent to the reduction was filed in the lower court one day before the remittitur was filed.

Ordered that the appeal be, and hereby is, dismissed.